IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANNE K. SIMMONS,

    Plaintiff,

vs.                                            CASE NO.: 1:98cv200-SPM

JO ANNE B. BARNHART, Commissioner
of the Social Security Administration,

    Defendant.
_____/

## ORDER AWARDING ATTORNEY FEES

This cause comes before the Court on the Application for Award of Attorney's Fees Pursuant to 42 USC § 406(b)(1), (doc. 26).  Attorney for Plaintiff, N. Albert Bacharach, Jr., requests an award of $10,681.25 pursuant to the Social Security Act.  Together with $4,000.00 previously awarded, the amount remains within the 25% fee cap.  Attorney N. Albert Bacharach, Jr. will refund to Plaintiff a smaller $2,018.25 attorney fee awarded under the Equal Access to Justice Act.[1]

Defendant Barnhardt does not contest the reasonableness of the requested fee.  The Court, furthermore, finds the fee to be reasonable.

---

[1] On August 5, 1985, by Pub. L. No. 99-80, § 3, 99 Stat. 186, Congress amended section 206(b) of Pub. L. No. 96-481 to provide for a refund to the plaintiff of the smaller of the fees awardable for the same work under the Equal Access to Justice Act and the Social Security Act.

Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The Application for Award of Attorney's Fees Pursuant to 42 USC § 406(b)(1), (doc. 26), is granted.

    2.    The Commissioner shall pay Attorney N. Albert Bacharach, Jr., the $10,681.25 from Plaintiff's remaining past due benefits.

    3.    Upon receipt of the $10,681.25 from the Commissioner, Attorney N. Albert Bacharach, Jr. shall refund $2,018.25 to Plaintiff Simmons.

    4.    The clerk shall seal the attachment to document 26 to protect the private information contained therein.

    DONE AND ORDERED this 29th day of June, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge